# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-01169-RGK (SK) | Date | February 24, 2020 |
| Title | Charles A. Daniels v. A. Villanueva et al | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|
| Connie Chung | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff is a California state prisoner seeking to proceed in forma pauperis with two complaints under 42 U.S.C. § 1983 involving the same set of events. He named a sheriff, three sergeants, and three deputies at the Los Angeles County Jail as defendants in this action. But he failed to authorize disbursements from his prison trust account to pay the filing fees and to provide a certified copy of his trust fund statement for the last six months. *See* 28 U.S.C. § 1915(a)-(b); L.R. 5-2. Without that authorization and the certified statement, Plaintiff cannot proceed with his complaint unless he first pays the full amount of the filing fee.

For these reasons, Plaintiff is **ORDERED TO SHOW CAUSE** on or before **March 25, 2020** why his in forma pauperis application should not be denied and his complaint accordingly dismissed. **If Plaintiff no longer wishes to pursue this action, he may voluntarily dismiss the action using the attached form CV-09.** Prisoner complaints that are voluntarily dismissed do not count as strikes under 28 U.S.C. § 1915(g), which limits the number of federal civil rights lawsuits prisoners may file in their lifetime without prepayment of filing fees. If Plaintiff wishes to proceed with this action, he must first file a complete form CV-60P (attached here) that authorizes disbursements from his prison trust account and includes <u>a certified copy of his trust account statement for the last six months</u>.

**If Plaintiff files no notice of voluntary dismissal or timely response to this order, the Court may also recommend involuntary dismissal of this action for failure to prosecute.** *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

**IT IS SO ORDERED.**