UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles A. Daniels,<br><br>        Plaintiff,<br><br>    v.<br><br>A. Villanueva, G. Marroquin, W. Godinez, N. Pamplona, L. Raymond, D. Hernandez and S. Brown<br><br>        Defendants. | Case No.: 2:20-CV-01169-RGK-SK<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

**ORDER**

In light of the Parties negotiated settlement and stipulation for dismissal with prejudice. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice. The OSC hearing re dismissal scheduled for October 5, 2022 at 10:00 AM is vacated. The Court expresses its appreciation—again—for Ms. Hemming's admirable service on the Civil Pro Bono Attorney Panel; she has ably and zealously represented Plaintiff in this case.

Date:  September 23, 2022          By: _/s/ Steve Kim_
                                                                Steve Kim, U.S. Magistrate Judge